## WILLIAM BANNER, qui tam. *vs.* BEESON GREGG.

The obligor in a bond given on a usurious contract is a competent witness to prove the usury, in an action qui tam.

CAPIAS debt; narr; plea nil debet; issue.

This was a qui tam action on the statute of usury. (*Digest,* 314.)

Johnson, the obligor in the bond, was called to prove the usury; and objected to on the ground that it was not competent for him to contradict his own deed by parol; (2 *Stark. Ev.* 995 to 1004;) that parol evidence was not admissible even to explain a written instrument, unless it was ambiguous in its terms; (3 *Campb.* 226; 2 *Saund. Pl. & Ev.* 696) and that the principle would be extremely dangerous to admit the borrower of money to prove a different contract from that expressed on the face of his bond, and, by merely substituting some friend as a common informer, to make his creditor forfeit the money due upon the bond.

*Bayard*, contra, admitted the general positions of Mr. *Hamilton* to be sound, but insisted that fraud and usury were exceptions. 3 *Stark. Ev.* 1016; *Comyn. on Usury,* 226, (86); 2 *Saund. Plead. & Ev.* 498; 2 *Bos. & Pul.* 116.

*The Court* admitted the evidence. Where fraud is imputed, any consideration, however contrary to the deed, may be proved by parol: and to exclude the borrower would be to repeal the statute against usury. *Roscoe Ev.* 10; 9 *East,* 421; *Comyn. on Usury,* 224.

The plaintiff had a verdict.

*R. H. Bayard*, for plaintiff.
*Hamilton*, for defendant.